# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Lava Records LLC, Warner Bros. Records Inc.,**
**Capitol Records Inc., UMG Recordings, Inc.,**
**Sony BMG Music Entertainment,**
**Arista Records LLC, and BMG Music,**

                **Plaintiffs,**

                                  **7:07-cv-00321-CLB**

        **-against-**                          **JUDGMENT**

**Rolando Amurao,**
                **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on April 15, 2007, in open court, dismissing the case including counter-claims with prejudice and declining to award counsel fees and sanctions, it is,

       **ORDERED, ADJUDGED AND DECREED:** that the case including counter-claims are dismissed with prejudice and award for counsel fees and sanctions is declined, the case is hereby closed.

**DATED: White Plains, N.Y.**
        **April 15, 2007**

                                        *J. Michael McMahon*

                                      **J. Michael McMahon**
                                        **Clerk of Court**

MICROFILM
APR
USDCSDNYWP